222 So.2d 880

**STATE ex rel. Henry BABIN, Jr.**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 49888.

June 5, 1969.

In re: Henry Babin, Jr. applying for writ of mandamus.

The application is denied.

The showing made does not warrant the relief sought.

■

222 So.2d 880

**Chris M. GREENING**

v.

**June Rudolph HILL et al.**

No. 49891.

June 5, 1969.

In re: Chris M. Greening applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 221 So.2d 261.

Application not considered—Not timely filed. Section 11 of Article 7 of the Constitution provides that this Court shall in no case exercise the power conferred by the Article unless application is made within 30 days after a rehearing has been refused by the Court of Appeal.